WILMA DEI CAS, EXECUTRIX (ESTATE OF MARY B. SHAW) ET AL. *v.* MARIE MAYFIELD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 106, is granted.

*Wesley W. Horton,* in support of the petition.

*Sandra M. Mclean,* in opposition.

Decided February 15, 1985

STATE OF CONNECTICUT *v.* ALAN H. MARTIN

The state's petition for certification for appeal from the Appellate Court, 2 Conn. App. 605, is denied.

*John M. Massameno,* in support of the petition.

*Emanuel Margolis* and *Judith Rosenberg,* in opposition.

Decided February 15, 1985

STATE OF CONNECTICUT *v.* KEITH MARSHALL

The defendant's petition for certification for appeal from the Appellate Court, 3 Conn. App. 126, is granted.

*Louis S. Avitabile,* in support of the petition.

Decided March 5, 1985

EUGENE CONTI *v.* ROSE HILL POULTRY COMPANY, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 3 Conn. App. 246, is denied.

*John A. Keyes,* in support of the petition.

Decided March 13, 1985